# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

WILLIAM MITCHELL
Reg. #27512-004                                                                 PLAINTIFF

v.                              No. 2:19-cv-108-DPM

DEWAYNE HENDRIX, Warden,
FCI-Low Forrest City BOP;
ANDERSON, Special Investigations
Section, FCI-Low, Forrest City BOP;
FLINT, Special Investigations Agent,
FCI-Low Forrest City BOP;   and CROOK,
Legal Counsel, FCI-Low Forrest City BOP                        DEFENDANTS

## ORDER

**1.** Mitchell says he intends to file amended complaints in both this case and one other. № 3-1 & № 7. The Court therefore declines the pending recommendation, № 6, without prejudice. Mitchell must submit his amended complaint in this case by 25 September 2019. If he doesn't, then the Court will dismiss this case without prejudice. LOCAL RULE 5.5(c)(2).

**2.** A cautionary note: Mitchell put the wrong case number on his objections in this case; and he appears to believe that deadlines set or extensions granted in one case automatically apply to both. That is not so. The Court therefore directs Mitchell to follow the following drill on sending papers for filing: Each paper must include the names

of the parties in one specific case, and one specific case number, at the top of the first page. Mitchell may not send one paper for filing in both cases at one time; there must be a separate paper for each case. Similarly, Orders that the Court enters in one case do not cross over to the other case.

3. The Court returns this case to the Magistrate Judge for further proceedings.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 September 2019