IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

WILLIAM MITCHELL
Reg. #27512-004                                                           PLAINTIFF

v.                              No. 2:19-cv-108-DPM

DEWAYNE HENDRIX, Warden,
FCI-Low Forrest City BOP;
ANDERSON, Special Investigations
Section, FCI-Low, Forrest City BOP;
FLINT, Special Investigations Agent,
FCI-Low Forrest City BOP;   and CROOK,
Legal Counsel, FCI-Low Forrest City BOP                          DEFENDANTS

### ORDER

1. The Court withdraws the reference.

2. Motion to voluntarily dismiss, № 9, granted. Mitchell's complaint will be dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

8 October 2019