IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

WILLIAM MITCHELL
Reg. #27512-004                                                                          PLAINTIFF

v.                              No. 2:19-cv-108-DPM

DEWAYNE HENDRIX, Warden,
FCI-Low Forrest City BOP;
ANDERSON, Special Investigations
Section, FCI-Low, Forrest City BOP;
FLINT, Special Investigations Agent,
FCI-Low Forrest City BOP;   and CROOK,
Legal Counsel, FCI-Low Forrest City BOP                                          DEFENDANTS

## JUDGMENT

Mitchell's complaint is dismissed without prejudice.

*N P Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 October 2019